
Form 1, Pl W(11-95)

Julius Blumberg, Inc. NYC 10013

## FORM 1 VOLUNTARY PETITION

**EMERGENCY VOLUNTARY PETITION**

### United States Bankruptcy Court
SOUTHERN District of NEW YORK

| IN RE (Name of debtor-If individual, enter Last, First, Middle) | NAME OF JOINT DEBTOR (Spouse) (Last, First, Middle) |
|---|---|
| BAGUTTA, INC. | |
| **ALL OTHER NAMES** used by debtor in the last 6 years (Include married, maiden and trade names) BAGUTTA, INC. d/b/a LIFE STYLE | **ALL OTHER NAMES** used by the joint debtor in the last 6 years (Include married, maiden and trade names.) |
| SOC. SEC./TAX I.D. NO. (If more than one, state all) 133933002 11-3680687 | SOC. SEC./TAX I.D. NO.(If more than one, state all) |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, zip) 76 GREEN STREET NEW YORK, NEW YORK 10012 | STREET ADDRESS OF JOINT DEBTOR (No. and street, city, state, zip) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS  NEW YORK | COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS |
| MAILING ADDRESS OF DEBTOR (If different from street address) | MAILING ADDRESS OF JOINT DEBTOR (If different from street address) |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from addresses listed above) | [X] Debtor has been domiciled or has had a residence, principal place of business or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>[ ] There is a bankruptcy case concerning debtor's affiliate, general partner or partnership pending in this District. |

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| TYPE OF DEBTOR | | CHAPTER OR SECTION OF BANKRUPTCY CODE UNDER WHICH THE PETITION IS FILED (Check one box) | | |
|---|---|---|---|---|
| [ ] Individual | [ ] Corporation Publicly Held | | | |
| [ ] Joint (H&W) | [X] Corporation Not Publicly Held | [X] Chapter 7 | [ ] Chapter 11 | [ ] Chapter 13 |
| [ ] Partnership | [ ] Municipality | [ ] Chapter 9 | [ ] Chapter 12 | [ ] Sec. 304-Case Ancillary to Foreign Proceeding |
| [ ] Other | | | | |

**NATURE OF DEBT**
[ ] Non-Business Consumer   [X] Business - Complete A&B below

**SMALL BUSINESS (Chapter 11 only)**
[ ] Debtor is a small business as defined in 11 U.S.C. § 101.
[ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e)

A. TYPE OF BUSINESS (check one box)

| [ ] Farming | [ ] Transportation | [ ] Commodity Broker |
| [ ] Professional | [ ] Manufacturing/Mining | [ ] Construction |
| [X] Retail/Wholesale | | [ ] Real Estate |
| [ ] Railroad | [ ] Stockbroker | [ ] Other Business |

**FILING FEE (Check one box)**
[ ] Filing fee attached.
[ ] Filing fee to be paid in installments. (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Offical Form No.3

B. BRIEFLY DESCRIBE NATURE OF BUSINESS
DEBTOR IS RETAIL SELLER OF WOMEN'S DRESSES

NAME AND ADDRESS OF LAW FIRM OR ATTORNEY

Telephone No.

NAME(S) OF ATTORNEY(S) DESIGNATED TO REPRESENT THE DEBTOR

[X] Debtor is not represented by an attorney. Telephone No. of Debtor not represented by an attorney:

### STATISTICAL ADMINISTRATIVE INFORMATION (28 U.S.C. § 604)
(Estimates only) (Check applicable boxes)

THIS SPACE FOR COURT USE ONLY

[ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
[X] Debtor estimates that after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**ESTIMATED NUMBER OF CREDITORS**
[ ] 1-15   [X] 16-49   [ ] 50-99   [ ] 100-199   [ ] 200-999   [ ] 1000-over

**ESTIMATED ASSETS** (in thousands of dollars)
[ ] Under 50   [ ] 50-99   [X] 100-499   [ ] 500-999   [ ] 1000-9999   [ ] 10,000-99,000   [ ] over 100,000

**ESTIMATED LIABILITIES** (in thousands of dollars)
[ ] Under 50   [ ] 50-99   [ ] 100-499   [ ] 500-999   [X] 1000-9999   [ ] 10,000-99,000   [ ] over 100,000

**ESTIMATED NUMBER OF EMPLOYEES** -CH 11 & 12 ONLY
[ ] 0   [X] 1-19   [ ] 20-99   [ ] 100-999   [ ] 1000-over

**ESTIMATED NO. OF EQUITY SECURITY HOLDERS - CH 11 & 12 ONLY**
[ ] 0   [X] 1-19   [ ] 20-99   [ ] 100-499   [ ] 500-over



Form 1, P2 W (11-95)

Julius Blumberg, Inc. NYC 10013

Name of Debtor: **BAGUTTA, INC.**

Case No. _____ (Court use only)

## FILING OF PLAN

For Chapter 9, 11, 12 and 13 cases only. Check appropriate box.

☐ A copy of debtor's proposed plan dated _____ is attached.

☐ Debtor intends to file a plan within the time allowed by statute, rule, or order of the court.

### PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS (If more than one, attach additional sheet)

| Location Where Filed | Case Number | Date Filed |
|---|---|---|
| | | |

### PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THIS DEBTOR (if more than one, attach additional sheet.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| | | |
| Relationship | District | Judge |
| | | |

### REQUEST FOR RELIEF

Debtor is eligible for and requests relief in accordance with the chapter of title II, United States Code, specified in this petition.

### SIGNATURES

#### ATTORNEY

X _____  Date _____
Signature

#### INDIVIDUAL / JOINT DEBTOR(S)

I declare under penalty of perjury that the information provided in this petition is true and correct.

X _____
Signature of Debtor
Date

X _____
Signature of Joint Debtor
Date

#### CORPORATE OR PARTNERSHIP DEBTOR

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

X _/s/ Mark Regev_____
Signature of Authorized Individual

**MARK REGEV.**
Print or Type Name of Authorized Individual

**PRESIDENT**
Title of Individual Authorized by Debtor to File this Petition

Date **May 17, 2005**

☐ If debtor is a corporation filing under Chapter 11, Exhibit "A" is attached and made part of this petition.

#### TO BE COMPLETED BY INDIVIDUAL CHAPTER 7 DEBTOR WITH PRIMARILY CONSUMER DEBTS
(See P.L. 98-353 § 322)

I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7 of such title.

If I am represented by an attorney, exhibit "B" has been completed.

X _____ Date _____
Signature of Debtor

X _____ Date _____
Signature of Joint Debtor

#### EXHIBIT "B"
(To be completed by attorney for individual chapter 7 debtor(s) with primarily consumer debts.)

I, the attorney for the debtor(s) named in the foregoing petition, declare that I have informed the debtor(s) that (he, she, or they) may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____ Date _____
Signature of Attorney

#### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER
(See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. Sec. 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed or Typed Name of Bankruptcy Petition Preparer

Social Security Number _____   Telephone Number _____

Address _____

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets confirming to the appropriate Official Form for each person.

X _____
Signature of Bankruptcy Petition Preparer

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. §156.

Form B1XAW (12-95)     Julius Blumberg, Inc. NYC 10013     **EXHIBIT "A"**

**UNITED STATES BANKRUPTCY COURT**     SOUTHERN **DISTRICT OF** NEW YORK

In re: BAGUTTA, INC.

Case No.
Debtor(s)    Chapter   7

(If debtor is a corporation filing under chapter 11 of the Code, this Exhibit "A" shall be completed and attached to the petition)

EXHIBIT "A" to Voluntary Petition

1. Debtor's employer identification number is   133933002 and 11-3680687
2. If any of debtor's securities are registered under §12 of the Securities and Exchange Act of 1934, the SEC file number is
3. The following financial data is the latest available information and refers to debtor's condition on

| | | Approximate number of holders |
|---|---|---|
| Total assets | $ unliquidated | |
| Total liabilities | | |
| Fixed, liquidated secured debt | 736,180.10 | 3 |
| Contingent secured debt | | |
| Disputed secured claims | | |
| Unliquidated secured debt | | |
| Fixed, liquidated unsecured debt | 1,569.301.00 | 34 |
| Contingent unsecured debt | | |
| Disputed unsecured claims | | |
| Unliquidated unsecured debt | | |
| Number of shares of preferred stock | | |
| Number of shares of common stock | 100 | |

Comments, if any

    DEBTOR IS A RETAIL SELLER OF HIGH END WOMENS DRESSES:

4. Brief description of debtor's business:

    THE DEBTOR HAS A STORE THE ON GREEN STREET, NEW YORK, NY
    WAS ENGAGED IN SALE OF HIGH END WOMENS DESSES;THE COST
    OF THE STORE WAS UPTO APPROX. $900,000 AND THE DEBTOR'S SALES
    WERE INSUFFICIENT TO COVER COSTS AND DEBT SERVICE

5. List the name of any person who directly or indirectly owns, controls or holds, with power to vote, 20% or more of the voting securities of debtor:

    MARK REGEV

6. List the names of all corporations 20% or more of the outstanding voting securities of which are directly or indirectly owned, controlled, or held, with power to vote, by debtor:

    NONE

## RESOLUTION

At a special meeting of the Board of Directors of Bagutta, Inc. On May 16 2005, at 20 Fifth Ave., New York, New York and upon the vote of 100% of the shareholders thereof it was unanimously resolved as follows:

> RESOLVED, that the filing by the Company of a petition for relief under Title 11 United States Code (the Bankruptcy Code) in the United States Bankruptcy Court for the Southern District of New York is hereby approved; and it is further
>
> RESOLVED, that Bagutta, Inc. by Mark Regev, Pres. is authorized execute and file such documents are are required to proceed in Title 11 United States Code and to retain Counsel to prosecute said proceeding.

Dated: May 16, 2005

_____
MARK REGEV , SEC.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE BAGUTTA, INC.　　　　　　　Case No.
　　　　　　　　DEBTOR.　　　　　　Chapter 7

## LIST OF CREDITORS

| | |
|---|---:|
| Dolce & Gabbana<br>Santa Cecilia #2<br>Milan, Italy 20133 | $80,751.00 |
| Prada USA<br>610 West 52 St.<br>New York, Ny 10019 | $220,293.00 |
| Robert Cavalli<br>745 5th Ave. 31st floor<br>New York, Ny 10151 | $47,610.00 |
| Marni<br>Via Sismondi 70<br>Milano Italy 20133 | $38,900.00 |
| Alexander McQueen<br>13 Rue de Turbigo<br>Paris France 75002 | $29,739.00 |
| Stella McCartney<br>13 Rue de Turbigo<br>Paris France 75002 | $28,619.00 |
| Christian Dior<br>712 5th Ave<br>New York, NY 10019 | $212,755.00 |
| Ann Demeulmeester<br>9 Place des Vosges<br>Paris France 75004 | $37,000.00 |
| Parkinson<br>117 West 9 St #1005<br>Los Angeles, CA 90015 | $16,241.00 |
| Azzedine Alaia<br>7, Rue de Mouusy<br>Pris France 75004 | $45,000.00 |
| Neil Barrett<br>Via Savona 97 | $35,000.00 |

Milan Italy 20144

| | |
|---|---|
| Rochas<br>33, Rue Francois 1er<br>Paris France 75008 | $80,000.00 |
| John Galliano<br>60 rue D'Avron<br>Paris France 75020 | $49,194.00 |
| Louis Verdad<br>127 East 9 St. #1010<br>Los Angeles, CA 90015 | $2,800.00 |
| Revillon<br>44, Avenue Montaigne<br>Paris France 75008 | $72,000.00 |
| Olmar & Mirta<br>Via Agnini 15<br>Milan Italy 40507 | $11,000.00 |
| Ellegi<br>30 West 57 St.<br>New York, NY 10019 | $19,800.00 |
| Celia Wise<br>8341 Sunset Blvd.<br>Los Angeles, CA 90069 | $8,047.00 |
| Proenza Schouler<br>120 Walker Street 6th Floor<br>New York, NY 10013 | $20,700.00 |
| Narciso Rodriguez<br>30 West 56 St.<br>New York, NY 10019 | $20,000.00 |
| Zac Posen<br>13-17 Laight St.<br>New York, NY 10013 | $7,000.00 |
| Habitual<br>$ West 22nd St.<br>New York, NY 10003 | $1,800.00 |
| Alessandro dell'Acqua<br>149 Fifth Avenue<br>New Irk, NY 10010 | $13,000.00 |
| Blumarine- Anna Molinari<br>37 West 57th St.<br>New York, NY 10019 | $16,368.00 |

| | |
|---|---|
| Comme des Garcon<br>601 West 26th St.<br>New York, NY 10001 | $35,859.00 |
| Valentino<br>11 West 42nd St.<br>New York, NY 10021 | $29,800.00 |
| Collette Dinnigan<br>22-24 Hutchinson St.<br>Surry Hills, Australia NSW2010 | $18,370.00 |
| Santacroce Srl<br>Via Magellano 5/7<br>Fucecchio Firenze, Italy 50054 | $8,500.00 |
| Intel Management, Inc.<br>9420 Bunsen Parkway<br>Louisville, KY 40220 | $260,000.00 |
| United Parcel Service<br>PO Box 34486<br>Louisville, KY 40232 | $16,000.00 |
| Clear Freight<br>Bldg 75 N. Hanger Rd.<br>Jamaica, NY 11430 | $46,000.00 |
| United Protective Alarm<br>205 W. Houston St.<br>New York, NY 10014 | $5,155.00 |
| GE Capital Colonial Pacific<br>PO Box 642752<br>Pittsburgh, PA 15264-2752 | $8,000.00 |
| R&Y Agousti Inc<br>103 rue du Bac<br>Paris France 75007 | $28,000.00 |
| **Total:** | $1,569,301.00 |

UNWORN DECLARATION

The Undersigned Mark Regev declares under penalty of perjury the foregoing is true and accurate to the best of my knowledge, information, and belief.


Dated: May 17, 2005.

_____
MARK REGEV

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE BAGUTTA, INC.　　　　　　Case No.
　　　　　　DEBTOR.　　　　　　Chapter 7

## MAILING MATRIX

Bagutta Inc.
76 Greene Street
New York, NY 10012

Bagutta Inc.
c/o Mark Regev
20 Fifth Ave Apt. 9A
New York, New York 10011

United States Trustee
33 Whithall Street
New York, New York 10004

Sterling National Bank
500 Seventh Ave. 10th FL
New York, NY 10018

Bank of America
2970 Transit Road
West Seneca, New York 14224

Bank of New York
123 Main Street
White Plains, NY 10601

Mark Regev
20 Fifth Ave. Apt. 9A
New York, New York 10011

Steven M. Schaffer
112 West 34th Street Suite 1618
New York, New York

Dolce & Gabbana
Santa Cecilia #2
Milan, Italy 20133

Prada USA
610 West 52 St.
New York, Ny 10019

Robert Cavalli
745 5th Ave. 31st floor
New York, Ny 10151

Marni
Via Sismondi 70
Milano Italy 20133

Alexander McQueen
13 Rue de Turbigo
Paris France 75002

Stella McCartney
13 Rue de Turbigo
Paris France 75002

Christian Dior
712 5th Ave
New York, NY 10019

Ann Demeulmeester
9 Place des Vosges
Paris France 75004

Parkinson
117 West 9 St #1005
Los Angeles, CA 90015

Azzedine Alaia
7, Rue de Mouusy
Pris France 75004

Neil Barrett
Via Savona 97
Milan Italy 20144

Rochas
33, Rue Francois 1er
Paris France 75008

John Galliano
60 rue D'Avron
Paris France 75020

Louis Verdad
127 East 9 St. #1010
Los Angeles, CA 90015

Revillon
44, Avenue Montaigne
Paris France 75008

Olmar & Mirta
Via Agnini 15
Milan Italy 40507

Ellegi
30 West 57 St.
New York, NY 10019

Celia Wise
8341 Sunset Blvd.
Los Angeles, CA 90069

Proenza Schouler
120 Walker Street 6th Floor
New York, NY 10013

Narciso Rodriguez
30 West 56 St.
New York, NY 10019

Zac Posen
13-17 Laight St.
New York, NY 10013

Habitual
$ West 22nd St.
New York, NY 10003

Alessandro dell'Acqua
149 Fifth Avenue
New Irk, NY 10010

Blumarine- Anna Molinari
37 West 57th St.
New York, NY 10019

Comme des Garcon
601 West 26th St.
New York, NY 10001

Valentino
11 West 42nd St.
New York, NY 10021

Collette Dinnigan
22-24 Hutchinson St.
Surry Hills, Australia NSW2010

Santacroce Srl
Via Magellano 5/7
Fucecchio Firenze, Italy 50054

Intel Management, Inc.
9420 Bunsen Parkway
Louisville, KY 40220

United Parcel Service
PO Box 34486
Louisville, KY 40232

Clear Freight
Bldg 75 N. Hanger Rd.
Jamaica, NY 11430

United Protective Alarm
205 W. Houston St.
New York, NY 10014

GE Capital Colonial Pacific
PO Box 642752
Pittsburgh, PA 15264-2752

R&Y Agousti Inc
103 rue du Bac
Paris France 75007

UNWORN DECLARATION

The Undersigned Mark Regev declares under penalty of perjury the foregoing mailing matrix is true and accurate to the best of my knowledge, information, and belief.


Dated: May 17, 2005.

_____
MARK REGEV



**Case No.**

# United States Bankruptcy Court

SOUTHERN DISTRICT OF NEW YORK

**In re** BAGUTTA, INC.

Debtor

**Chapter** 7

TAX I.D. Nos. 133933002
11-3680687

Soc. Sec. No(s). and all

Employer's Tax Identification No(s). (if any)

EMERGENCY VOLUNTARY PETITION, LIST OF CREDITORS,
MAILING MATRIX, CORP RESOLUTION

*Non-Attorney Bankruptcy Petition Preparer(s)
Office & Post Office Address & Telephone Number*

**REFERRED TO**

_____

_____
Clerk

_____
Date