UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

| | |
|---|---|
| In Re: | Chapter 7 |
| **BAGUTTA, INC., d/b/a LIFE STYLE,** | Case No. 05-41950 (ALG) |
| Debtor. | |

-----------------------------------------------------------

## NOTICE OF TRUSTEE'S INTENT TO ABANDON PROPERTY

**TO THE CREDITORS AND OTHER PARTIES OF INTEREST:**

  **PLEASE TAKE NOTICE**, that pursuant to Section 554(a) of the Bankruptcy Code 11 U.S.C. Section 554(a), the undersigned, duly qualified and acting Trustee of this estate of the above-captioned debtor, intends to and will abandon $4,628.38 plus interest to the Debtor, as burdensome and of inconsequential value to the estate, unless, within fifteen (15) days from the date of service of this Notice, a creditor or other interested party files a written objection and requests a hearing with the Clerk of the Bankruptcy Court, at One Bowling Green, New York, New York 10004, and serves a copy of such request on the United States Trustee, and the Trustee herein at the address shown on the bottom of this Notice.

  This notice is given to afford a party the opportunity to file an objection to the proposed abandonment.

  Objections, if any, to the proposed abandonment must be in writing, must set forth with reasonable specificity the basis thereof, and must be filed not later than July 15, 2010, in the Office of the Clerk, United States Bankruptcy Court, One Bowling Green, New York, New York 10004, with copies thereof filed not later than such date and time in the Chambers of Honorable Allan L. Gropper, United States Bankruptcy Judge, One Bowling Green, New York, New York 10004, and served upon and received by the undersigned Trustee and attorneys for the Trustee not later than such date and time. A hearing on any timely-filed objections will be scheduled before Judge Allan L. Gropper, in his Courtroom, United States Bankruptcy Court, One Bowling Green, New York, New York 10004, and the objecting party will be notified of the date and time thereof. If no objections are timely-filed, no hearing will be held and the abandonment will be effective on July 15, 2010.

Dated: New York, New York
    June 23, 2010

                    /s/ Robert L. Geltzer
                    ROBERT L. GELTZER, TRUSTEE
                    1556 Third Avenue, Suite 505
                    New York, New York  10128
                    (212) 410-0100

To:  All creditors and parties in interest
    Office of the United States Trustee
    Steven M. Schaffer, Esq., Attorney for Debtor