UNITED STATES
BANKRUPTCY COURT
Southern District of New York
One Bowling Green Division

# 00184949 - KC
November 2, 2010

| Code | Case # | Qty | Amount |
|------|--------|-----|--------|
| UNCLAIME | 05-41950 | | 4,628.71 CK |

TOTAL → 4,628.71

FROM: UNCLAIMED DIVIDENDS
05-41950
DOC# 29
ROBERT GELTZER TRUSTEE

LAW OFFICES OF
# ROBERT L. GELTZER
1556 THIRD AVENUE
NEW YORK, NEW YORK 10128
(212) 410-0100

FACSIMILE (212) 410-0400

October 26, 2010

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408
Attn: Clerk of the Court

Re: **BAGUTTA, INC - CASE NO. 05-41950 (ALG)**

Dear Sir/Madam:

Enclosed herewith please find Trustee's Statement of Unpaid Check(s) and estate check #1002 in the amount of $4,628.71 which represents the balance of funds held by the Trustee.

As always, I thank you for your courtesy and attention to this matter. With kind regards, I remain

Sincerely,

Robert L. Geltzer

Enclosure(s)

cc: Danny Choy

RECEIVED 2010 U.S. BANKRUPTCY COURT, SDNY

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:

BAGUTTA, INC.,

Debtor.

Chapter 7

Case No. 05-41950 (ALG)

## STATEMENT OF UNPAID CHECK(S)

TO: THE CLERK OF THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT L. GELTZER, the Trustee herein, respectfully represents and alleges:

1. On or about June 29, 2010, the Trustee filed a Notice of Trustee's Intent to Abandon $4,628.38 plus accrued interest. No objections were filed and on or about July 23, 2010, the Trustee sent said funds to Debtor's attorney.

2. More than ninety (90) days have elapsed since the mailing of these funds to Debtor's attorney and the Trustee finds that said check has not cleared the Trustee's account.

3. The Trustee has a current net balance of $4,628.71. Identified on Schedule "A" is the name and address of Debtor's attorney.

4. Attached hereto is estate check #1002 in the sum of $4,628.71, which the Trustee desires to deposit with the Clerk of this Court in accordance with Section 347 of Title 11 of the United States Code and Bankruptcy Rule 3011.

Dated: New York, New York
October 26, 2010

/s/ ROBERT L. GELTZER (RG 4656)
Chapter 7 Trustee

C:\WPDIRS\FINAL\UNPDCHCK.STT

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:                                          **Chapter 7**

    **BAGUTTA, INC.,**                        **Case No. 05-41950 (ALG)**

        Debtor.

**STATEMENT OF UNPAID
CHECK(S)**

LAW OFFICES OF ROBERT L. GELTZER

COUNSEL TO TRUSTEE

1556 Third Avenue
Suite 505
New York, New York 10128
(212) 410-0100

c

ROBERT L. GELTZER
1556 THIRD AVENUE, SUITE 505
NEW YORK, NY 10128

**Union Bank**
445 South Figueroa Street, G08-070 / Los Angeles, California 90071

CHECK NUMBER
**1002**

UNCLAIMED DIVIDENDS
PER NOTICE OF ABANDONMENT

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER AND ORIGINAL DOCUMENT SECURITY SCREEN ON BACK WITH PADLOCK SECURITY ICON.

| DATE | AMOUNT |
|---|---|
| 10/25/10 | $*******4,628.71 |

| CASE NUMBER | DEBTOR |
|---|---|
| 05-41950 ALG | BAGUTTA INC |

**PAY TO THE ORDER OF**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN
NEW YORK, NY 10004

*Four Thousand Six Hundred Twenty Eight Dollars And 71/100*

Robert L. Geltzer, Trustee
Void After 90 Days

⑃00100 2⑃ ⑉122000496⑉ 2131422681⑃

---

| Date: 10/25/10 | Check Number: 1002 | Amount: 4,628.71 |
|---|---|---|

Debtor Name: BAGUTTA INC
Case Number: 05-41950 ALG

| Paid To: | UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>ONE BOWLING GREEN<br>NEW YORK, NY 10004 | ROBERT L. GELTZER<br>1556 THIRD AVENUE, SUITE 505<br>NEW YORK, NY 10128 |
|---|---|---|

Description: UNCLAIMED DIVIDENDS PER NOTICE OF ABANDONMENT

Bank Account Number: 2131422681